# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0233.  HOURIN v. THE STATE.**

Upon consideration of Appellant's motion to withdraw application in the above-styled case, the court hereby GRANTS the motion.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/26/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*